UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __ 1/21/2025 __

Rutgers Casualty Ins. Co.,

                  Plaintiffs,

         -against-

Dema Landscape LLC, et al.,

                 Defendant.

----------------------------------------------------------------X

**ORDER RE STATUS CONFERENCE**

**7:24 cv941 NSR-VR**

**VICTORIA REZNIK, United States Magistrate Judge:**

    A Status Conference (via telephone) is hereby scheduled for **2/3/2025 at 10:30 am.**  The

parties are to dial in to the **Cisco Webex conference line at 855-244-8681, enter Meeting ID**

**#2310 527 2044** and then # to enter the conference.  At the Status Conference, the parties should

be prepared to discuss the following:

      (1) a brief summary of claims, defenses, and relevant issues;
      (2) the basis of subject matter jurisdiction;
      (3) the subjects on which discovery may be needed;
      (4) any anticipated discovery disputes or sought-after limitations on discovery;
      (5) any plans for electronic discovery and ESI protocols;
      (6) any plans for confidentiality orders and orders relating to Fed. R. Evid. 502(d);
      (7) any anticipated motions; and
      (8) the prospects and timing for early settlement or resolution.

      **SO ORDERED.**

DATED:     White Plains, New York
            January 21, 2025

                              _____
                              VICTORIA REZNIK
                              United States Magistrate Judge