UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X

Rutgers Casualty Insurance Company,

                        Plaintiff,

   -against-

Dema Landscape LLC, et al.,

                        Defendants.

----------------------------------------------------------------X

*USDC SDNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
*DOC #: _____*
*DATE FILED: _____*

4/21/2025

**24-cv-00941-NSR-VR**

**ORDER RE DISCOVERY CONFERENCE**

**VICTORIA REZNIK, United States Magistrate Judge:**

     A Discovery Conference (via telephone) is hereby scheduled for **April 30, 2025 at 11:30 a.m.** The parties are to dial in to the **Cisco Webex conference line at 855-244-8681, enter Meeting ID #2310 527 2044** and then # to enter the conference. At the Discovery Conference, the parties should be prepared to discuss the dispute raised in ECF Nos. 48 and 50.

**SO ORDERED.**

DATED:     White Plains, New York

April 21, 2025

_____

VICTORIA REZNIK

United States Magistrate Judge