

**MEMO ENDORSED**

# MIRANDA SLONE SKLARIN VERVENIOTIS LLP

| | | |
|---|---|---|
| MICHAEL A. MIRANDA*<br>STEVEN VERVENIOTIS<br>ONDINE SLONE<br>RICHARD S. SKLARIN°<br>MAURIZIO SAVOIARDO<br>ANDREW B. KAUFMAN±<br>LAWRENCE S. WASSERMAN*<br>LOUISE FASANO<br>LAURA ALTO<br>RICHARD B. EPSTEIN<br>———<br>*ALSO ADMITTED IN NEW JERSEY<br>±ALSO ADMITTED IN DISTRICT OF COLUMBIA<br>° RESIDENT IN WESTCHESTER | THE ESPOSITO BUILDING<br>240 MINEOLA BOULEVARD<br>MINEOLA, NY 11501<br>TEL. (516) 741-7676<br>FAX (516) 741-9060<br>WWW.MSSSV.COM<br>**BRANCH OFFICES:**<br>WESTCHESTER, NY<br>NEW YORK, NY<br>WOODBRIDGE, NJ | **SENIOR COUNSEL**<br>ABRAHAM WARMBRAND<br>GABRIELLA CAMPIGLIA<br>KENNETH MASTELLONE°<br>———<br>**ASSOCIATES**<br>BRANDON H. DORMAN<br>WALDER THAME-TURNER<br>MICHAEL KHAN |

**WRITER'S E-MAIL:**
sverveniotis@msssv.com

**WRITER'S DIRECT DIAL:**
516-741-8488

April 21, 2025

> Plaintiff's request is **GRANTED**, and the telephonic discovery conference is rescheduled for **5/2/2025 at 10:30 a.m.** The parties are to dial in to the Cisco Webex conference line at 855-244-8681, enter Meeting ID #23105272044, and then press # to enter the conference. At the discovery conference, the parties should be prepared to discuss the dispute raised in ECF Nos. 48 and 50.
>
> The Clerk of Court is kindly directed to close the gavel associated with ECF No. 52.
>
> SO ORDERED.
> *[signature]*
> Hon. Victoria Reznik, U.S.M.J.
> Dated: 4/23/2025

**VIA ECF**
Honorable Judge Victoria Reznik
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:   Rutgers Cas. Ins. Co. v. Dema Landscape LLC. et al
      Docket No:    1:24-cv-00941-NSR
      Our File No:   21-314

Dear Judge Reznik:

We represent the plaintiff Rutgers Casualty Insurance Company ("Rutgers") in this matter. We just received the notification from the Court setting this matter down for a telephone discovery conference on April 30th. However, I have a conflict on that date and will be unavailable. I respectfully request that the conference be adjourned to another date/time that is convenient with the Court.

Thank you for your courtesy.

Respectfully submitted,
**MIRANDA SLONE SKLARIN VERVENIOTIS LLP**

s/Steven Verveniotis

Steven Verveniotis

cc: All counsel by ECF