**MEMO ENDORSED**



# MIRANDA SLONE SKLARIN VERVENIOTIS LLP

| | | |
|---|---|---|
| MICHAEL A. MIRANDA*<br>STEVEN VERVENIOTIS<br>ONDINE SLONE<br>RICHARD S. SKLARIN°<br>MAURIZIO SAVOIARDO<br>ANDREW B. KAUFMAN±<br>LAWRENCE S. WASSERMAN*<br>LOUISE FASANO<br>LAURA ALTO<br>RICHARD B. EPSTEIN<br>_____<br>*ALSO ADMITTED IN NEW JERSEY<br>±ALSO ADMITTED IN DISTRICT OF COLUMBIA<br>° RESIDENT IN WESTCHESTER | THE ESPOSITO BUILDING<br>240 MINEOLA BOULEVARD<br>MINEOLA, NY 11501<br>TEL. (516) 741-7676<br>FAX (516) 741-9060<br><br>WWW.MSSSV.COM<br><br>BRANCH OFFICES:<br>WESTCHESTER, NY<br>NEW YORK, NY<br>WOODBRIDGE, NJ | SENIOR COUNSEL<br>ABRAHAM WARMBRAND<br>GABRIELLA CAMPIGLIA<br>KENNETH MASTELLONE°<br>_____<br>ASSOCIATES<br>BRANDON H. DORMAN<br>WALDER THAME-TURNER<br>MICHAEL KHAN |

WRITER'S E-MAIL:
sverveniotis@msssv.com

WRITER'S DIRECT DIAL:
516-741-8488

May 23, 2025

**VIA ECF**
Honorable Judge Nelson S. Roman
United States District Court
Southern District of New York
White Plains, New York 10601

Re:   Rutgers Cas. Ins. Co. v. Dema Landscape LLC. et al
    Docket No:   7:24-cv-00941-NSR
    Our File No:  21-314

Dear Judge Roman:

   We represent the plaintiff Rutgers Casualty Insurance Company ("Rutgers") in this matter, and we write to Your Honor, with consent of all parties, to request an adjournment of the June 13, 2025 conference into September and propose a new case management plan (moving all discovery dates into July and August) because of discovery issues that remain and were addressed with Magistrate Judge Resnik and the parties are pursuing in hope of resolving dispute and conducting discovery over the next three or four months.

                    Respectfully Submitted,
                    **MIRANDA SLONE SKLARIN VERVENIOTIS LLP**

                    s/Steven Verveniotis

                    Steven Verveniotis

cc:   **VIA ECF**
    All Counsel of Record

---

**Endorsement:**

In light of an extension of the discovery deadlines, the Plaintiff's consented-to request for an adjournment of the June 13, 2025 Status Teleconf. is GRANTED. The Status Teleconf. is adjourned to Oct. 29, 2025 at 10:00 am. The parties are directed to ECF 40 for dial-in instructions. Clerk of Court requested to terminate the motion at ECF No. 60. Counsel are directed to address any revised schedule with Judge Reznik.
Dated: May 22, 2025

SO ORDERED:
/s/ Nelson S. Roman
HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  5/22/2025