

# MIRANDA SLONE SKLARIN VERVENIOTIS LLP

| | | |
|---|---|---|
| MICHAEL A. MIRANDA* | THE ESPOSITO BUILDING | |
| STEVEN VERVENIOTIS | 240 MINEOLA BOULEVARD | SENIOR COUNSEL |
| ONDINE SLONE | MINEOLA, NY 11501 | ABRAHAM WARMBRAND |
| RICHARD S. SKLARIN° | TEL       (516) 741-7676 | GABRIELLA CAMPIGLIA |
| MAURIZIO SAVOIARDO | FAX      (516) 741-9060 | KENNETH MASTELLONE° |
| ANDREW B. KAUFMAN± | WWW.MSSSV.COM | _____ |
| LAWRENCE S. WASSERMAN* | | ASSOCIATES |
| LOUISE FASANO | | BRANDON H. DORMAN |
| LAURA ALTO | BRANCH OFFICES: | WALDER THAME-TURNER° |
| RICHARD B. EPSTEIN | WESTCHESTER, NY | MICHAEL KHAN |
| | NEW YORK, NY | JAMES VOLPE |
| _____ | WOODBRIDGE, NJ | SUZANNE LODGE° |
| | | DEE JAE DILIBERTO |

*ALSO ADMITTED IN NEW JERSEY
±ALSO ADMITTED IN DISTRICT OF COLUMBIA
° RESIDENT IN WESTCHESTER

**In light of the extension of the discovery deadlines, the parties' request to adjourn to Oct. 29, 2025 Status Teleconf. is GRANTED. The Status Teleconf. is adjourned to Feb. 26, 2026 at 10:00 am. The parties are directed to ECF No. 40 for dial-in instructions. Clerk of Court is requested to terminate the motions at ECF Nos. 80 and 81.**
**Dated: White Plains, NY**
           **October 28, 2025**

WRITER'S E-MAIL:
   sverveniotis@msssv.com

WRITER'S DIRECT DIAL:
   516-741-8488

October 8, 2025

SO ORDERED:

[signature]

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

**MEMO ENDORSED**

<u>VIA ECF</u>
Honorable Judge Nelson S. Roman
United States District Court
Southern District of New York
White Plains, New York 10601

          Re:    Rutgers Cas. Ins. Co. v. Dema Landscape LLC. et al
                Docket No:   1:24-cv-00941-NSR
                <u>Our File No:   21-314                  </u>

Dear Judge Roman:

      We represent the plaintiff Rutgers Casualty Insurance Company ("Rutgers") in this matter, and we write to Your Honor, with consent of all parties, to request an adjournment of the October 29, 2025 conference into February 2026, in that discovery has not yet been completed and the Magistrate Judge just issued an Order to complete all discovery by end of January 2026.

                                                        Respectfully Submitted,
                                                          **MIRANDA SLONE SKLARIN VERVENIOTIS LLP**
                                                          s/Steven Verveniotis
                                                          Steven Verveniotis

cc:     <u>VIA ECF</u>
         All Counsel of Record

