UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
RUTGERS CASUALTY INSURANCE
COMPANY,

                              Plaintiff(s),              **ADJOURNMENT
                                                        ORDER**

          - against -
                                                        24 Civ. 0941 (NSR)

DEMA LANDSCAPE LLC, et al.,

                              Defendant(s).
--------------------------------------------------------x
NELSON S. ROMÁN, U.S.D.J.:

   The above case previously scheduled for a telephonic Status Conference on February 26, 2026 before the United States District Judge Nelson S. Román, **is hereby adjourned *sine die*** pending anticipated motion practice. The Court may reschedule this conference after issuing its decision.

   Pre-motion letters (*see* Individual Rules at 3.A.ii.) shall be submitted on or before February 20, 2026. Responses thereto shall be submitted on or before March 6, 2026.

                                                        SO ORDERED.

Dated:      White Plains, NY
            January 16, 2026

                                                        _____
                                                        Hon. Nelson S. Román, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/16/2026