

# MIRANDA SLONE SKLARIN VERVENIOTIS LLP

MICHAEL A. MIRANDA*
STEVEN VERVENIOTIS
ONDINE SLONE
RICHARD S. SKLARIN°
MAURIZIO SAVOIARDO
ANDREW B. KAUFMAN±
LAWRENCE S. WASSERMAN*
LOUISE FASANO
LAURA ALTO
RICHARD B. EPSTEIN

———————

*ALSO ADMITTED IN NEW JERSEY
□ALSO ADMITTED IN FLORIDA
±ALSO ADMITTED IN DISTRICT OF COLUMBIA
° RESIDENT IN WESTCHESTER

**WRITER'S E-MAIL:**
    sverveniotis@msssv.com

**WRITER'S DIRECT DIAL:**
    516-741-8488

THE ESPOSITO BUILDING
240 MINEOLA BOULEVARD
MINEOLA, NY 11501
TEL. (516) 741-7676
FAX (516) 741-9060

WWW.MSSSV.COM

**BRANCH OFFICES:**
WESTCHESTER, NY
NEW YORK, NY
WOODBRIDGE, NJ

**SENIOR COUNSEL**
ABRAHAM WARMBRAND
GABRIELLA CAMPIGLIA
KENNETH MASTELLONE°

———————
**ASSOCIATES**
BRANDON H. DORMAN
WALDER THAME-TURNER°
SUZANNE LODGE°
DYLAN NIEVAS

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _4/23/2026_

April 23, 2026

**VIA ECF**
Honorable Judge Nelson S. Roman
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

> Re:    Rutgers Cas. Ins. Co. v. Dema Landscape LLC. et al
>        Docket No: 7:24-cv-00941-NSR-VR
>        Our File No:        21-314

Dear Judge Roman:

I represent the plaintiff, Rutgers Casualty Insurance Company ("Rutgers"), in this matter, and I write to Your Honor to ask for leave of court for an extra week <u>only on the default motion aspect of today's deadline impacting only one non-appearing party</u>. We will be serving the summary judgment motion papers to the parties who have appeared as per today's deadline.

We apologize for the last-minute request in that we did not realize until today that Your Honor had a special rule for default motions requiring that the papers be presented to the clerk of the court in person and then presented to Your Honor in person when approved by the clerk of court.

We respectfully request to proceed for the default judgment as to the one defaulting party, Splint Construction Corp., within a week from today and we ask for a modification as to

*See* **Pg. 2**

MEMO ENDORSED

**MIRANDA SLONE SKLARIN VERVENIOTIS** LLP

---

**7:24-CV-00941-NSR-VR-LETTER TO JUDGE ROMAN RE DEFAULT JUDGMENT-21-314**
**APRIL 23, 2026**
**PAGE 2 OF 2**

only that aspect of the motion schedule.  While it does not affect the parties that have appeared, we have informed them of this request, and they have consented to the request.

Respectfully Submitted,
**MIRANDA SLONE SKLARIN VERVENIOTIS LLP**

s/Steven Verveniotis

Steven Verveniotis

cc:  To all parties via ECF

**The Court GRANTS Plaintiff's consented-to request to modify the briefing schedule with respect to its prospective default judgment motion. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 91.**

**Dated: April 23, 2026**
     **White Plains, NY**

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge