USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/01/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

======================================================x

RUTGERS CASUALTY INSURANCE COMPANY,

                                        Plaintiff,

          - against-

DEMA LANDSCAPE LLC, SPLINT CONSTRUCTION
CORP., ROGER BENNETT, VANESA BENNETT, PAMELA
BAKALLI, AS ADMINISTRATOR OF THE
ESTATE OF BESNIK BAKALLI, DECEASED, AND
PAMELA BAKALLI, INDIVIDUALLY,

                                        Defendants.

======================================================x

Docket:7:24-cv-00941(NSR)(VR)


**ORDER FOR
DEFAULT JUDGMENT**

Plaintiff Rutgers Casualty Insurance Company, having moved for an Order from this Court granting judgment in default as against the defendant Splint Construction Corp., and

Plaintiff, Rutgers Casualty Insurance Company, having served the motion papers seeking an Order from this Court granting judgment in default as against the defendant, Splint Construction Corp. on May 1, 2026, and

Plaintiff, Rutgers Casualty Insurance Company, having submitted adequate proof that the defendant Splint Construction Corp. is neither a minor, incompetent, or in the military service, it is hereby

ORDERED AND ADJUDGED that plaintiff Rutgers Casualty Insurance Company, is entitled to judgment in default as against the defendant Splint Construction Corp., declaring that there is no coverage under policy number SKP 3111184 17 issued by Rutgers Casualty Insurance Company to Dema Landscape LLC for the policy period of December 24, 2020 to December 24, 2021 (the "Policy") and the umbrella policy numbered CUP 3111185 17 issued by Rutgers Casualty Insurance Company to Dema Landscape LLC for the policy period of December 24, 2020

1

to December 24, 2021 (the "Umbrella Policy")(collectively the "Policies"), for defense or indemnity to Dema Landscape LLC or any party seeking coverage under the Policy as a claimant or as an insured as to the claims asserted in the lawsuit captioned <u>Pamela Bakalli, as administrator of the Estate of Besnik Bakalli, deceased, and Pamela Bakalli, Individually, v. Splint Construction</u> Corp., Dema Landscape LLC, Roger Bennett and Vanessa Bennett, filed in the Supreme Court of the State of New York County of Westchester, index number 67929/2022 (the "Bakalli Action" or "Underlying Action") based upon rescission of the Policies and based upon the clear and express provisions of the Policies which bar coverage, such that Rutgers Casualty Insurance Company has no obligation under the Policies to defend and/or indemnify any party as a claimant or as an insured as to the claims asserted in the Bakalli Action and that it may withdraw its defense of Dema in the Bakalli Action.

ORDERED AND ADJUDGED that this Order does not affect the rights and privileges of non-defaulting Defendants Dema Landscape LLC, Roger Bennett, Vanessa Bennett, and Pamela Bakalli with respect to Plaintiff's claims, and that defaulting Defendant Splint Construction Corp. is foreclosed from seeking any coverage or benefit under the insurance policies referenced above.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 101.

Dated: July 1, 2026
      White Plains, NY

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge

2