USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 7/23/2026

MSSSV
CELEBRATING 25 YEARS

# MIRANDA SLONE SKLARIN VERVENIOTIS

MICHAEL A. MIRANDA*
STEVEN VERVENIOTIS
ONDINE SLONE
RICHARD S. SKLARIN°
MAURIZIO SAVOIARDO
ANDREW B. KAUFMAN±
LAWRENCE S. WASSERMAN*
LOUISE FASANO
LAURA ALTO
RICHARD B. EPSTEIN

*ALSO ADMITTED IN NEW JERSEY
□ALSO ADMITTED IN FLORIDA
±ALSO ADMITTED IN DISTRICT OF COLUMBIA
° RESIDENT IN WESTCHESTER

THE ESPOSITO BUILDING
240 MINEOLA BOULEVARD
MINEOLA, NY 11501
TEL. (516) 741-7676
FAX (516) 741-9060

WWW.MSSSV.COM

**BRANCH OFFICES:**
WESTCHESTER, NY
NEW YORK, NY
WOODBRIDGE, NJ

**S COUNSEL**
ABRAHAM WARMBRAND
GABRIELLA CAMPIGLIA
KENNETH MASTELLONE°

**ASSOCIATES**
WALDER THAME-TURNER°
DYLAN NIEVAS
LIZAURY RODRIGUEZ MARINE
DANIEL Y. J. PARK

**WRITER'S E-MAIL:**
sverveniotis@msssv.com

**WRITER'S DIRECT DIAL:**
516-741-8488

July 22, 2026

Honorable Judge Nelson S. Roman
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: Rutgers Cas. Ins. Co. v. Dema Landscape LLC. et al
Docket No: 7:24-cv-00941-NSR-VR
Our File No: 21-314

Dear Judge Roman:

The parties jointly request a stay of 35 days as to all deadlines with respect to the pending motions in this action in that a global settlement has been reached in the underlying Bakalli lawsuit ending all claims in that matter, which then also will render this coverage case moot, and the parties here have agreed to waive all claims in this action on the condition that the underlying settlement is completed and all claims released. The parties expect that the settlement papers and payment can be completed in 35 days and propose to report back to Your Honor at that point to confirm that settlement has been completed and that this action and all claims by all parties can then be discontinued.

Respectfully Submitted,
**MIRANDA SLONE SKLARIN VERVENIOTIS LLP**
s/Steven Verveniotis
Steven Verveniotis

MEMO ENDORSED

**In light of the parties having reached a settlement, the Court stays all deadlines relating to the pending motions. The parties shall file a joint status report by September 3, 2026, advising the Court whether the settlement has been finalized. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 107.**

**Dated: July 23, 2026**
**White Plains, NY**

SO ORDERED:

NELSON S. ROMÁN
United States District Judge