USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/03/2026

MSSSV
CELEBRATING 25 YEARS

# MIRANDA SLONE SKLARIN VERVENIOTIS LLP

MICHAEL A. MIRANDA*
STEVEN VERVENIOTIS
ONDINE SLONE
RICHARD S. SKLARIN°
MAURIZIO SAVOIARDO
ANDREW B. KAUFMAN±
LAWRENCE S. WASSERMAN*
LAURA ALTO
RICHARD B. EPSTEIN

*ALSO ADMITTED IN NEW JERSEY
□ALSO ADMITTED IN FLORIDA
±ALSO ADMITTED IN DISTRICT OF COLUMBIA
° RESIDENT IN WESTCHESTER

THE ESPOSITO BUILDING
240 MINEOLA BOULEVARD
MINEOLA, NY 11501
TEL. (516) 741-7676
FAX (516) 741-9060

WWW.MSSSV.COM

**BRANCH OFFICES:**
WESTCHESTER, NY
NEW YORK, NY
WOODBRIDGE, NJ

**SENIOR COUNSEL**
ABRAHAM WARMBRAND
GABRIELLA CAMPIGLIA
KENNETH MASTELLONE°

**ASSOCIATES**
WALDER THAME-TURNER°
DYLAN NIEVAS
DANIEL Y. J. PARK
SAMI SHEHADEH

**WRITER'S E-MAIL:**
sverveniotis@msssv.com

**WRITER'S DIRECT DIAL:**
516-741-8488

September 2, 2026

Honorable Judge Nelson S. Roman
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: Rutgers Cas. Ins. Co. v. Dema Landscape LLC. et al
Docket No: 7:24-cv-00941-NSR-VR
Our File No: 21-314

Dear Judge Roman:

Further to my last letter to the Court, I write to inform Your Honor of the status of the processing for the global settlement and to ask, on the consent of all counsel, for an extension of the stay for another 60 days.

The present status of the global settlement is that plaintiff's counsel in the Bakalli action filed papers for court approval with the Westchester Supreme Court, but also has had to file other papers in Connecticut as the Letters of Administration direct that a specific court in Connecticut needs to approve the settlement of the underlying action. We are hopeful that the settlement will be approved within the next 60 days and the money paid out so as to end that lawsuit and discontinue this matter without costs or attorney's fee to any party in this action.

Respectfully Submitted,
**MIRANDA SLONE SKLARIN VERVENIOTIS LLP**

s/Steven Verveniotis
Steven Verveniotis

MEMO ENDORSED

**The Court GRANTS Plaintiff's consented-to request. The parties are directed to file a joint status report by November 2, 2026, advising the Court whether the settlement agreement has been finalized. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 109.**

**Dated: September 3, 2026**
**White Plains, NY**

SO ORDERED:

NELSON S. ROMÁN
United States District Judge