USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 10/30/2026

MSSSV
CELEBRATING 25 YEARS

# MIRANDA SLONE SKLARIN VERVENIOTIS LLP

MICHAEL A. MIRANDA*
STEVEN VERVENIOTIS
ONDINE SLONE
RICHARD S. SKLARIN°
MAURIZIO SAVOIARDO
ANDREW B. KAUFMAN±
LAWRENCE S. WASSERMAN*
LAURA ALTO
RICHARD B. EPSTEIN

*ALSO ADMITTED IN NEW JERSEY
□ALSO ADMITTED IN FLORIDA
±ALSO ADMITTED IN DISTRICT OF COLUMBIA
° RESIDENT IN WESTCHESTER

THE ESPOSITO BUILDING
240 MINEOLA BOULEVARD
MINEOLA, NY 11501
TEL. (516) 741-7676
FAX (516) 741-9060

WWW.MSSSV.COM

**BRANCH OFFICES:**
WESTCHESTER, NY
NEW YORK, NY
WOODBRIDGE, NJ

**SENIOR COUNSEL**
ABRAHAM WARMBRAND
GABRIELLA CAMPIGLIA
KENNETH MASTELLONE°

**ASSOCIATES**
WALDER THAME-TURNER°
DYLAN NIEVAS
DANIEL Y. J. PARK
SAMI SHEHADEH

**WRITER'S E-MAIL:**
sverveniotis@msssv.com

**WRITER'S DIRECT DIAL:**
516-741-8488

MEMO ENDORSED

October 29, 2026

Honorable Judge Nelson S. Roman
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: Rutgers Cas. Ins. Co. v. Dema Landscape LLC. et al
Docket No: 7:24-cv-00941-NSR-VR
Our File No: 21-314

Dear Judge Roman:

I write on the consent of all parties, to inform Your Honor as to the status of the global settlement of this matter and the underlying lawsuit that gave rise to this insurance suit and ask for an additional extension of the stay. Unfortunately, we are still waiting for court approval of the settlement in the liability case; so the parties ask for a 90 days extension of the stay on the consent of all involved. The parties have agreed to discontinue all claims in this matter once the settlement in the underlying action is finalized. Thus, we ask for the Court's approval again.

Respectfully Submitted,
**MIRANDA SLONE SKLARIN VERVENIOTIS LLP**
s/Steven Verveniotis
Steven Verveniotis

The parties' joint application to extend the stay of all deadlines by an additional 90 days, until February 1, 2027, is GRANTED. The parties are directed to file a joint status report by February 1, 2027, advising the Court whether the settlement agreement has been finalized.

Dated: October 30, 2026
White Plains, NY

SO ORDERED:

NELSON S. ROMÁN
United States District Judge